UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS DAVIS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF MICHAEL SHEAHAN, )<br>Officially, SGT. WALDEN, SGT. )<br>NAVARETTE, OFFICER )<br>MOORESMAN, OFFICER MALLOY, )<br>and OFFICER PIOLAMAR, )<br>Individually, )<br>)<br>Defendants. ) | Case No. 01C 4198<br><br>JUDGE<br>JUDGE GETTLEMAN<br>JURY DEMAND<br><br>MAGISTRATE JUDGE NOLAN<br>DOCKETED<br>JUN 06 2001 |

## COMPLAINT

NOW COMES the Plaintiff, JULIUS DAVIS, JR., by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendants, SHERIFF MICHAEL SHEAHAN, Officially, SGT. WALDEN, SGT. NAVARETTE, OFFICER MALLOY, OFFICER MOORESMAN, and OFFICER PIOLAMAR, Individually, as follows:

### COUNT I-EXCESSIVE FORCE

1) This action is brought pursuant to the laws of the United States Constitution specifically, 42 U.S.C. §1983 and §1988 and the laws of the State of Illinois to redress deprivations of civil rights of the Plaintiff accomplished by acts or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C §1331 and §1343;

3) Plaintiff at all relevant times was a United States citizen and incarcerated in Cook County Jail at 2700 South California, Chicago, Illinois in Division IX;

4) The Defendants, Sgt. Walden, Sgt. Navarette, Officer Mooresman, Officer Malloy, Officer Piolamar, and John Does 1-10, were duly appointed Cook County Correctional Officers acting within their scope of employment and under color of law;

5) That on or about May 25, 2001, the Plaintiff was housed in Division IX;

6) On said date, Julius Davis requested to see a sergeant due to an incident;

7) Sgt. Walden arrived on the scene with the other Defendants;

8) Without any just cause or provocation, Defendant Walden struck the Plaintiff;

9) After instructions from another sergeant the other Defendants along with other unknown officers began to strike and beat the Plaintiff;

10) That at all relevant times the Defendants were acting pursuant to customs and policies of the Cook County Department of Corrections;

11) The force used was unprovoked, unnecessary, unreasonable and excessive;

12) The Plaintiff was injured and required medical care;

13) That the actions of the Defendants were done intentionally, willfully and with malice;

14) That said actions of the Defendants violated the Plaintiff's Fourth, Eighth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

15) As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff suffered violations of his constitutional rights, emotional anxiety, fear, mental trauma, humiliation, insult, pain and suffering.

WHEREFORE, the Plaintiff, JULIUS DAVIS, JR., prays for judgment in his favor and against the Defendants, SGT. WALDEN, SGT. NAVARETTE, OFFICER MOORESMAN, OFFICER MALLOY and OFFICER PIOLAMAR in excess of FIFTY THOUSAND AND 00/100 DOLLARS compensatory damages and TWENTY-FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS punitive damages plus costs.

## COUNT II
## FAILURE TO INTERVENE

1-12) The Plaintiff hereby realleges and incorporates the allegations of paragraphs 1-12 of Count I as his respective allegations of paragraphs 1-12 of Count II as though fully set forth herein.

13) The Defendants stood by and allowed the beating to take place and and failed to intervene.

14) The actions of the Defendants were intentional willful and wanton;

15) That said actions of the Defendants violated the Plaintiff's Fourth, Eighth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

16) As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff suffered violations of his constitutional rights, emotional anxiety, fear, mental trauma, humiliation, insult, pain and suffering.

WHEREFORE, the Plaintiff, JULIUS DAVIS, JR., prays for judgment in his favor and against the Defendants, SGT. WALDEN, SGT. NAVARETTE, OFFICER MOORESMAN, OFFICER MALLOY and OFFICER PIOLAMAR in excess of FIFTY THOUSAND AND 00/100 DOLLARS compensatory damages and TWENTY-FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS punitive damages plus costs.

## COUNT III
## FAILURE TO PROVIDE MEDICAL CARE

1-12) The Plaintiff hereby realleges and incorporates the allegations of paragraphs 1-12 of Count II as his respective allegations of paragraphs 1-12 of Count III as though fully set forth herein.

13) Due to the incident, the Plaintiff needed additional medical care;

14) Additional medical care was scheduled;

15) The staff in Division IX, specifically Officer Malloy and others, refused to provide the Plaintiff medical care;

16) This failure to provide medical care constituted a violation of the Plaintiff's Fourth, Eighth and Fourteenth Amendment Rights of the United States Constitution and protected under 42 U.S.C. §1983;

17) The actions of the Defendants were done intentionally and willfully;

18) As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff suffered violations of his constitutional rights, emotional anxiety, fear, mental trauma, humiliation, insult, pain and suffering.

WHEREFORE, the Plaintiff, JULIUS DAVIS, JR., prays for judgment in his favor and against the Defendant, OFFICER MALLOY, in excess of FIFTY THOUSAND AND 00/100 DOLLARS compensatory damages and TWENTY-FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS punitive damages plus costs.

## COUNT IV
## PRACTICE AND POLICY
## MICHAEL SHEAHAN, OFFICIALLY

1-16) The Plaintiff hereby realleges and incorporates his allegations of paragraph 1-16 of Count III as his respective allegations of paragraphs 1-16 of Count IV

4

as though fully set forth herein;

17) The Sheriff of Cook County, Michael Sheahan, is officially responsible for the care and custody of the detainees at Cook County Jail and for setting customs, practices and policy;

18) Sheriff Michael Sheahan has allowed a custom, practice and policy to exist whereby:

    a) Supervisory personnel are allowed to remain employed and in supervisory positions after being disciplined for excessive force cases;

    b) Detainees who are injured are deprived medical care to cover up the incident;

19) This custom, practice and policy was a contributory force behind the unlawful acts against the Plaintiff and facilitated these acts;

20) Said custom, practice and policy violated the Plaintiff's Fourth, Eighth and Fourteenth Amendment Rights of the United States Constitution and were violation of said rights protected by 42 U.S.C. §1983;

21) As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff suffered violations of his constitutional rights, emotional anxiety, fear, mental trauma, humiliation, insult, pain and suffering.

WHEREFORE, the Plaintiff, JULIUS DAVIS, JR., prays for judgment in his favor and against the Defendant, SHERIFF MICHAEL SHEAHAN, Officially, in excess of FIFTY THOUSAND AND 00/100 DOLLARS compensatory damages.

## JURY DEMAND

The Plaintiff, JULIUS DAVIS, JR., requests trial by jury.

Respectfully submitted,
JULIUS DAVIS, JR.,

By: _____
GREGORY E. KULIS AND ASSOCIATES
Attorneys for the Plaintiff

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 580-1830

6

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JULIUS DAVIS, JR.,

## DEFENDANTS
SHERIFF MICHAEL SHEAHAN, Officially, SGT. WALDEN, SGT. NAVARETTE, OFFICER MOORESMAN, OFFICER MALLOY, and OFFICER PIOLAMAR, Individually,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DOCKETED JUN 0 6 2001

01C 4198
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
VIOLATION OF 42 U.S.C. Section 1983

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

VIII. This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 6/4/01

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

JULIUS DAVIS, JR.,
Plaintiff,

v.

SHERIFF MICHAEL SHEAHAN, Officially, SGT. WALDEN, SGT. NAVARETTE, OFFICER MOORESMAN, OFFICER MALLOY, and OFFICER PIOLAMAR, Individually,
Defendants.

Case Number: **01C 4198**

DOCKETED JUN 0 6 2001

JUDGE GETTLEMAN

MAGISTRATE JUDGE NOLAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

JULIUS DAVIS, JR.

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ Gregory E. Kulis | SIGNATURE: /s/ Kathleen Coyne Ropka |
| NAME: Gregory E. Kulis | NAME: Kathleen Coyne Ropka |
| FIRM: Gregory E. Kulis and Associates | FIRM: Gregory E. Kulis and Associates |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: Chicago, Illinois 60602 |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: 312/580-1830 |
| IDENTIFICATION NUMBER: state of Illinois 6180966 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: /s/ Shehnaz I. Mansuri | SIGNATURE: |
| NAME: Shehnaz I. Mansuri | NAME: |
| FIRM: Gregory E. Kulis and Associates | FIRM: |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

FILED: 01 JUN -5 PM 3:01, CLERK U.S. DISTRICT COURT

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.